UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAZMIN LOPEZ, | Case No.: 2:21-cv-00001-APG-NJK |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant | |

    Defendant GEICO General Insurance Company removed this action on the basis of diversity jurisdiction. ECF No. 1. I ordered GEICO to show cause why this case should not be remanded for lack of subject matter jurisdiction. ECF No. 6. I did so because although the plaintiff alleged in the amended complaint that she made a $100,000 settlement demand, there was no indication as to how the plaintiff reached this amount as a reasonable estimate of her claim, given that she alleged approximately $29,000 in medical bills and she received $25,000 from the tortfeasor's insurer.

    In its response to the order to show cause, GEICO does not present sufficient evidence to show that the $100,000 demand was a good faith estimate of the plaintiff's claims. The $100,000 demand was made in October 2019 based on $23,392.56 in medical bills. ECF No. 7-3. The demand letter states that the plaintiff "may . . . require additional and extensive treatment, including surgery/surgeries." ECF No. 7-3 at 3. But the letter does not refer to any medical opinion to support that statement and GEICO has not provided any. More than year later, the amended complaint alleged $28,908.56 in medical bills, suggesting the plaintiff has not had

significant continuing treatment. ECF No. 1-2 at 4.  GEICO therefore has not met its burden of showing subject matter jurisdiction.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

DATED this 25th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE